UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 00994
   ZARKO SUTIC

                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER


         Debtor
   SSN XXX-XX-2151

-------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------
   The case was filed on 01/13/2005 and was confirmed 03/23/2005.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

   The case was paid in full 12/19/2007.
-------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ECAST SETTLEMENT CORP | UNSEC W/INTER | 1114.82 | 92.93 | 1114.82 |
| BMG MUSIC SERVICE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSEC W/INTER | 4841.55 | 403.50 | 4841.55 |
| ECAST SETTLEMENT CORP | UNSEC W/INTER | 1133.37 | 94.46 | 1133.37 |
| MENARDS | UNSEC W/INTER | NOT FILED | .00 | .00 |
| RESURGENT ACQUISITION LL | UNSEC W/INTER | 406.89 | 34.13 | 406.89 |
| RESURGENT ACQUISITION LL | UNSEC W/INTER | 1123.20 | 96.66 | 1123.20 |
| SPRINT | UNSEC W/INTER | NOT FILED | .00 | .00 |
| AMERICA'S SERVICING COMP | NOTICE ONLY | NOT FILED | .00 | .00 |
| ERNESTO D BORGES JR | DEBTOR ATTY | 1,700.00 | | 1,700.00 |
| TOM VAUGHN | TRUSTEE | | | 631.02 |
| DEBTOR REFUND | REFUND | | | 298.47 |

   Summary of Receipts and Disbursements:
-------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 11,971.00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | 8,619.83 |
|    INTEREST | | 721.68 |
| ADMINISTRATIVE | | 1,700.00 |
| TRUSTEE COMPENSATION | | 631.02 |
| DEBTOR REFUND | | 298.47 |
| TOTALS | 11,971.00 | 11,971.00 |

              PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 00994 ZARKO SUTIC

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/27/08                        /s/ Tom Vaughn
                                       _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE